**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) No.  CR 05-0961-PHX-PGR |
| vs. | ) |
| | ) **ORDER** |
| Rumaldo Kee Peshlakai, | ) |
| Defendant. | ) |

On October 3, 2005, Defendant appeared before the undersigned for an arraignment hearing and at that time the Court considered the issue of detention.  Defendant submitted on the issue of detention because he had been detained previously in another matter then pending in this Court, CR 00-00697-PCT-PGR.  Accordingly, Defendant was ordered detained pending further proceedings.  Due to a clerical error, a written detention order regarding this matter was not filed.  In light of Defendant's subsequent conviction and sentencing in the above-captioned matter, this clerical error has been rendered moot but the Court enters this Order to complete the record.

DATED this 19th day of May, 2006.

David K. Duncan
United States Magistrate Judge